# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK ANTHONY COSTANTINO,
Petitioner,
vs.
DIRECTOR; NEVADA DEPARTMENT
OF CORRECTIONS, OFFENDER
MANAGEMENT DIVISION; E.K.
MCDANIEL; DWAYNE DEAL; NEVADA
COURT OF APPEALS; THE
HONORABLE JEROME T. TAO; THE
HONORABLE ABBI SILVER; THE
HONORABLE MICHAEL P. GIBBONS;
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE; THE HONORABLE STEVE L.
DOBRESCU, DISTRICT JUDGE; THE
STATE OF NEVADA BOARD OF
PAROLE COMMISSIONERS; ED GRAY;
LUCILLE MONTERDE; AND MICHAEL
KEELER,
Respondents.

No. 69563

FILED

FEB 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner challenges the calculation of time he has served in prison and the decisions of the district court and the Nevada Court of Appeals denying his postconviction petition for a writ of habeas corpus challenging the computation of time served. *See Costantino v. Warden*, Docket No. 67869 (Order of Affirmance, October 19, 2015). Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170;

16-04464

*see also* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Derek Anthony Costantino
     Attorney General/Carson City
     White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A